An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN DEVON SUTTON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67584

FILED

DEC 18 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying appellant's postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.[1]

Appellant filed his petition on November 24, 2014, more than 13 years after remittitur issued from his direct appeal on July 9, 2001. *Sutton v. State*, Docket No. 34165 (Order of Affirmance, June 11, 2001). Thus, appellant's petition was untimely filed. *See* NRS 34.726(1). Appellant's petition was also successive because he had previously sought postconviction relief,[2] and it constituted an abuse of the writ to the extent it raised new and different claims. *See* NRS. 34.810(2). Appellant's petition was therefore procedurally barred absent a demonstration of good

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]*Sutton v. State*, Docket No. 40474 (Order of Affirmance, July 8, 2004); *Sutton v. State*, Docket No. 53466 (Order of Affirmance, January 12, 2010); *Sutton v. State*, Docket No. 64244 (Order of Affirmance, June 11, 2014).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38779

cause and prejudice. *See* NRS 34.726(1). Moreover, appellant pleaded guilty, and therefore his petition was subject to the procedural bar set forth in NRS 34.810(1)(a). Further, because the State pleaded laches, appellant was required to overcome the presumption of prejudice to the State. *See* NRS 34.800(1), (2).

Appellant failed to demonstrate good cause and prejudice to overcome the procedural default, *see Brown v. McDaniel*, 130 Nev. Adv. Op. 60, 331 P.3d 867, 870 (2014), or that the failure to consider his claims amounts to a fundamental miscarriage of justice, *Mitchell v. State*, 122 Nev. 1269, 1273-74, 149 P.3d 33, 36 (2006). Appellant also failed to overcome the presumption of prejudice to the State. Accordingly, we conclude that the district court did not err in denying the petition as procedurally barred, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Susan Johnson, District Judge
      Kevin Devon Sutton
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk